UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM FIRE AND CASUALTY
COMPANY, as subrogee of Sharon
Barbara and Robert Cheale,

          Plaintiff,

          CASE NO. 17-10714

vs.

          HON. GEORGE CARAM STEEH

TOMTOP SUPPLY, LLC,

          Defendants.
_____/

## ORDER OF DISMISSAL

This matter comes before the court on plaintiff's Notice Withdrawing Motion for Entry of Default Judgment [Doc. 24]. All but one defendant have been dismissed from the case by plaintiff [Doc. 19] and terminated by the court. Plaintiff now informs the court that it will not pursue entry of default judgment against the only remaining defendant in this case, Tomtop Supply LLC. Now, therefore,

IT IS HEREBY ORDERED that the above-captioned case is DISMISSED.

Dated: April 5, 2018

          s/George Caram Steeh
          GEORGE CARAM STEEH
          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 5, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk